UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DARRELL GUNN,

                                                            20 Civ. 840 (KMK)

            Plaintiff,                       [PROPOSED] **ORDER**
                                                            **AUTHORIZING**
                                                            **THE DEPOSITION OF**
                                                            **INCARCERATED PLAINTIFF**

          -Against-

EDWIN AYALA,

            Defendant.
-----------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Darrell Gunn, DIN No. 03-B-2443, in the limited discovery on the question of administrative exhaustion, (see ECF Docket No. 23), by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

        Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:
           __January 5_____, 2022

                                                              SO ORDERED.

                                                              _____
                                                              Hon. Kenneth M. Karas
                                                              United States District Judge