# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
| --- | --- | --- | --- |
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO

VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA

KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
CATHERINE S. GRIMM
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 212 225 2912
rmukhi@cgsh.com

November 9, 2023

**VIA ECF**

The Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601

Re: *Darrell Gunn v. Edwin Ayala*, No. 20-CV-840 (KMK) (JCM)

Dear Judge Karas:

      We are *pro bono* discovery counsel for Darrell Gunn ("Plaintiff") in the above-captioned matter. Pursuant to Your Honor's Individual Rules of Practice I(C), we write jointly on behalf of Plaintiff and Defendant Edwin Ayala ("Defendant") to respectfully request that the Court adjourn the Case Management Conference that is currently scheduled for November 14, 2023 at 11:00am ET. *See* Case Management and Scheduling Order, dated May 3, 2023 (ECF No. 57) ¶ 16. This is the parties' first request for an adjournment of the Case Management Conference.

      The discovery deadlines set forth in the Case Management and Scheduling Order were extended pursuant to Your Honor's Order dated June 30, 2023 (ECF No. 65), and later subject to a discovery pause pending Plaintiff's Motion for Leave to File an Amended Complaint. ECF No. 75. After the Court granted Plaintiff's Motion for Leave to File an Amended Complaint, *see* ECF No. 88, Plaintiff filed an Amended Complaint on October 23, 2023 (ECF No. 92), and Defendant answered the Amended Complaint on November 6, 2023 (ECF No. 93).

      The parties are currently discussing a new proposed case schedule in this action, and expect to submit a proposed schedule to the Court within the next week.[1]

---

[1] The parties similarly notified Magistrate Judge McCarthy of their agreement to propose a schedule for the remaining discovery deadlines after the Answer to the Amended Complaint was

Hon. Kenneth M. Karas, p. 2

For the foregoing reasons, the parties respectfully jointly request that the Court adjourn the Case Management Conference scheduled for November 14, 2023.

The 11/14/23 conference is adjourned on the condition that the Parties will submit a new case management plan by 11/17/23.

So Ordered.

11/10/23

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Rahul Mukhi*
Rahul Mukhi
Katie L. Gonzalez
Michael Cinnamon
Caroline Soussloff

One Liberty Plaza
New York, NY 10006
T: 212 225 2000

*Limited Pro Bono Counsel for Plaintiff*


LETITIA JAMES
Attorney General
State of New York

By: */s/ Ian Ramage*
Ian Ramage
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8659
Ian.Ramage@ag.ny.gov

*Attorney for Defendant*

---

submitted. *See* Joint Letter, dated Oct. 17, 2023 (ECF No. 90). Magistrate Judge McCarthy has ordered the parties to submit a joint status letter by December 1, 2023. *See* ECF No. 91.