UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Darrell Gunn,

                Plaintiff,                20 Civ. 00840 (KMK)

  -against-

Edwin Ayala,
Green Haven Correction Officer, et al.,      CALENDAR NOTICE

                Defendant(s).
------------------------------------------------------------x

      Please take notice that the above captioned action has been scheduled for jury selection and trial before Judge Kenneth M. Karas on Monday, June 16, 2025 at 9:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: April 11, 2025
       White Plains, New York

                                                  So Ordered

                                                  Kenneth N. Karas, U.S.D.J