UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                    Plaintiff,

   v.

EDWIN AYALA,

                    Defendant.

No. 20-CV-840 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For reasons that will be stated on the record, it is hereby:

    ORDERED that Defendant's request to exclude the testimony of Plaintiff's expert witness Stephen Sinclair is denied; and it is further

    ORDERED that Defendant's request to exclude evidence relating to Defendant's 2019 arrest is granted; and it is further

    ORDERED that Plaintiff's request to exclude Plaintiff's paranoia diagnosis is denied; and it is further

    ORDERED that Defendant's request to exclude the deposition of Defendant is denied; and it is further

    ORDERED that Plaintiff's request to exclude Plaintiff's litigation history is granted, but litigation history is admissible insofar as it concerns causation of Plaintiff's damages,

    ORDERED that the Court reserves judgment on the admissibility of exhibits D, E, F, K, L, M, and N until further arguments.

SO ORDERED.

Dated: June 13, 2025
       White Plains, New York

KENNETH M. KARAS
United States District Judge