UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                Plaintiff,

      -v-

EDWIN AYALA, *et al.*,

                Defendants.

No. 20-CV-840 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

     Pursuant to the jury verdict entered on June 18, 2025, (*see* Dkt.), the Clerk of the Court is respectfully directed to enter judgment for Defendant and close the case.

SO ORDERED.

DATED:    August 25, 2025
               White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE