UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRELL GUNN,

                Plaintiff,                20 **CIVIL** 840 (KMK)

    -against-                   **JUDGMENT**

EDWIN AYALA, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Kenneth M. Karas, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: New York, New York
          August   26  , 2025

                                          TAMMI M. HELLWIG

So Ordered:                                Clerk of Court

                                BY:    K. Mango

U.S.D.J.                                    Deputy Clerk