# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2912
rmukhi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

October 28, 2025

**VIA ECF**

The Honorable Kenneth M. Karas
 United States District Judge for the
 Southern District of New York
Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601

    Re: *Darrell Gunn v. Edwin Ayala*, No. 20-CV-840 (KMK) (JCM)

Dear Judge Karas:

  We are *pro bono* counsel for Plaintiff Darrell Gunn ("Plaintiff") in the above-captioned matter. We write to respectfully request an extension of Plaintiff's deadline to file his reply in support of Plaintiff's Motion to Review and Vacate the Clerk's Taxation of Costs (ECF No. 169) (the "Motion") from October 30, 2025 to November 13, 2025. This is Plaintiff's first request for an extension of this deadline.

  On October 9, 2025, Plaintiff filed the Motion, which requested the Court to review the Clerk's bill of costs taxing the Plaintiff in the amount of $2,737.49. On October 23, 2025, Defendant Edwin Ayala ("Defendant") filed his opposition to the Motion (ECF No. 172) (the "Opposition"). The Opposition raises arguments that potentially require additional factual information from Plaintiff in order to respond. Because Plaintiff is currently incarcerated, obtaining records from him and coordinating discussions requires additional time.

  Counsel for Defendant was contacted earlier today requesting his position on the extension, however we have not yet received a response. Given the short amount of time before the current filing deadline, we are submitting this request now to ensure the Court has sufficient time to consider it.

Hon. Kenneth M. Karas, p. 2

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Rahul Mukhi*
    Rahul Mukhi
    Katie L. Gonzalez
    William E. Baldwin
    Deandra Fike

*Pro Bono Counsel for Plaintiff*

Granted.

So Ordered.

10/29/25